1  **THE LONG LAW FIRM, PLLC**
2  James Austin Long (CSB No. 326404)
   1401 21st Street, Ste. 5801
3  Sacramento, CA 95811
   Tel:    315-991-8000
4  jlong@long.law

5  **WITTELS MCINTURFF PALIKOVIC**
   Daniel Kieselstein (pro hac vice)
6  305 Broadway, 7th Floor
7  New York, New York 10007
   Tel:    914-775-8862
8  djk@wittelslaw.com
   *Attorneys for Plaintiffs*

9

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14  JANET JONES and EDIE WEISS,            Case No. 5:25-cv-08530-SVK
    On Behalf of Themselves and All Others
15  Similarly Situated,
                                            **STIPULATION AND [PROPOSED] ORDER**
16                          Plaintiffs,     **FOR RELIEF FROM THE INITIAL CASE**
                                            **MANAGEMENT CONFERENCE UNDER**
17           vs.                            **LOCAL RULE 16-2**

18  MINDVALLEY INC.,
                                            Hon. Susan van Keulen
19                          Defendants.

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 16-2, Plaintiffs Janet Jones and Edie Weiss, on Behalf of Themselves and All Others Similarly Situated ("Plaintiffs") and Defendant Mindvalley, Inc. ("Defendant,") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

1. Plaintiffs served the Complaint on Defendant on October 22, 2025 and Defendant filed its Answer on December 19, 2025.
2. Plaintiffs served Initial Disclosures on December 30, 2025, and Defendant will serve Initial Disclosures on or before January 16, 2026.
3. Plaintiffs served Defendant with their first set of Interrogatories and Requests for Production on January 5, 2026.
4. The Parties are presently negotiating a Protective Order and an ESI Order which they intend to submit for Court approval shortly.
5. The Parties wish to seek early resolution of their dispute using private mediation.
6. The Parties have identified a well-respected mediator experienced in class actions and have agreed to use his services.
7. To conserve the Parties' and the Court's resources, the Parties have agreed to request that the Court stay this action pending mediation, which the Parties have scheduled for May 5, 2026;
8. During the stay, the Parties will continue to work on discovery aimed at facilitating mediation, which they agree can be used in litigation, if mediation is unsuccessful. Specifically, Defendant agreed to prioritize the production of documents that Plaintiffs require to evaluate liability, to develop the damages model, and to calculate individual and class-wide damages. Other than these documents, the Parties agreed that Defendant's deadline to respond to Plaintiffs' First Set of Interrogatories and Requests for Production will be 30 days after the Court lifts the stay, if the mediation is unsuccessful, subject to further extensions if agreed by the parties.

Accordingly, the Parties jointly request that the Court suspend the Initial Case Management Conference scheduled for January 13, 2026 and stay proceedings until after the mediation in the interest of judicial economy. The Parties agree to report to the Court as soon as the mediation process is concluded.

1  IT SO STIPULATED:

2  DATED: January 6, 2026          **THE LONG LAW FIRM**
                                   JAMES AUSTIN LONG
3

4                                  **WITTELS MCINTURFF PALIKOVIC**
                                   DANIEL KIESELSTEIN
5

6

7                                  */s/* Daniel Kieselstein
                                   _____
8                                  James Austin Long
                                   Daniel Kieselstein
9

10                                 *Attorneys for Plaintiffs Janet Jones and Edie Weiss*

11

12  DATED: January 6, 2026         **FOLEY & LARDNER LLP**
                                   JEANETTE BARZELAY
13                                 MICAH A. CHAVIN

14

15

16                                 */s/* Jeanette Barzelay
                                   _____
                                   Jeanette Barzelay
17                                 Micah A. Chavin

18                                 *Attorneys for Mindvalley Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ~~SO~~ **ORDERED** that this case is **STAYED** until May 5, 2026 and the initial case management conference is **CONTINUED** to June 9, 2026 at 9:30 a.m.

Dated: January 7, 2026

_____
Hon. Susan van Keulen
United States Magistrate Judge