JEANETTE BARZELAY, CA Bar No. 261780
    jeanette.barzelay@foley.com
MICAH A. CHAVIN, CA Bar No. 313634
    micah.chavin@foley.com
**FOLEY & LARDNER LLP**
ONE MARKET PLAZA
55 SPEAR STREET, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE:  415.434.4484
FACSIMILE:   415.434.4507

ERIK SWANHOLT CA Bar No. 198042
eswanholt@foley.com
**FOLEY & LARDNER LLP**
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213.972.4500 Ext. 128

Attorneys for Defendant
MINDVALLEY INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET JONES and EDIE WEISS, On Behalf of Themselves and All Others Similarly Situated,<br><br>                                   Plaintiffs,<br><br>         vs.<br><br>MINDVALLEY, INC.,<br><br>                                   Defendants. | Case No. 5:25-cv-08530-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 16-2**<br><br>Honorable Susan van Keulen, Courtroom 6 |

Pursuant to Civil Local Rule 16-2, Plaintiffs Janet Jones and Edie Weiss, on Behalf of Themselves and All Others Similarly Situated ("Plaintiffs") and Defendant Mindvalley, Inc. ("Defendant,") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs served the Complaint on Defendants on October 22, 2025;

WHEREAS, Defendant filed its Answer on December 19, 2025;

WHEREAS, on January 6, 2026, the Parties jointly filed a Stipulation and [Proposed] Order for Relief from the Initial Case Management Conference Under Local Rule 16-2, requesting that the court suspend the Initial Case Management Conference scheduled for January 13, 2026 and stay proceedings until May 5, 2026 to allow the Parties to engage in mediation;

WHEREAS, on January 7, 2026, the Court entered the Order staying the matter until May 5, 2026 and continuing the Initial Case Management Conference until June 9, 2026 at 9:30 a.m.;

WHEREAS, the Parties have diligently engaged in selecting and scheduling a mediation before David Geroneumus of JAMS ADR;

WHEREAS, to allow more time for the Parties to exchange pre-mediation information and documents, the mediation initially scheduled for May 5 was rescheduled for June 23, 2026.

THEREFORE, the Parties stipulate and jointly request that the Court enter an order as follows:

1.  The stay is extended from May 5, 2026 until June 30, 2026 to allow the Parties to fully engage in mediation;

2.  Within seven (7) days after the mediation is completed, the Parties shall file a joint status report informing the Court of the outcome of the mediation; and,

3.  The Initial Case Management Conference scheduled for June 9, 2026 is suspended and continued until thirty (30) days after the Parties submit their joint status report.

**SO STIPULATED:**

DATED: May 5, 2026                    **FOLEY & LARDNER LLP**
                                      JEANETTE BARZELAY
                                      MICAH A. CHAVIN
                                      ERIK SWANHOLT


                                      BY:  */s/ Jeanette Barzelay*
                                           JEANETTE BARZELAY
                                           Attorneys For Defendant,
                                           MINDVALLEY, INC.


DATED: May 5, 2026                    **THE LONG LAW FIRM**
                                      JAMES AUSTIN LONG


                                      **WITTLES MCINTURFF PALIKOVIC**
                                      DANIEL KIESELSTEIN


                                      By:  */s/ Daniel Kieselstein*
                                           JAMES AUSTIN LONG
                                           DANIEL KIESELSTEIN
                                           Attorneys for Plaintiffs,
                                           JANET JONES AND EDIE WEISS

### ATTESTATION PER LOCAL RULE 5-1(i)(3)

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED: May 5, 2026                    **FOLEY & LARDNER LLP**
                                      JEANETTE BARZELAY
                                      MICAH A. CHAVIN
                                      ERIK SWANHOLT


                                      *By:  /s/ Jeanette Barzelay*
                                           JEANETTE BARZELAY
                                           Attorneys for Defendant,
                                           MINDVALLEY, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS **ORDERED** that this case is **STAYED** until June 30, 2026, and the Initial Case Management Conference is **CONTINUED** to   August 11, 2026 at 9:30 a.m. A Joint Case Management Statement is due August 4, 2026.

DATED:   May 8, 2026

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY AND CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE
-4-                                  Case No. 5:25-cv-08530-SVK