JEANETTE BARZELAY, CA Bar No. 261780
jeanette.barzelay@foley.com
MICAH A. CHAVIN, CA Bar No. 313634
micah.chavin@foley.com
**FOLEY & LARDNER LLP**
ONE MARKET PLAZA
55 SPEAR STREET, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

ERIK SWANHOLT CA Bar No. 198042
eswanholt@foley.com
**FOLEY & LARDNER LLP**
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213.972.4500 Ext. 128

Attorneys for Defendant
MINDVALLEY INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JANET JONES and EDIE WEISS, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

MINDVALLEY, INC.,

Defendant.

Case No. 5:25-cv-08530-SVK

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY THE CASE PENDING FINALIZATION OF SETTLEMENT**
AS MODIFIED BY THE COURT

Honorable Susan van Keulen, Courtroom 6

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Janet Jones and Edie Weiss, on Behalf of Themselves and All Others Similarly Situated ("Plaintiffs") and Defendant Mindvalley, Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate and declare as follows:

1. Plaintiffs served the Complaint on Defendant on October 22, 2025 and Defendant filed its Answer on December 19, 2025.
2. On January 6, 2026, the Parties jointly filed a Stipulation and [Proposed] Order for Relief from the Initial Case Management Conference Under Local Rule 16-2, requesting that the Court suspend the Initial Case Management Conference scheduled for January 13, 2026 and stay proceedings until May 5, 2026 to allow the Parties to engage in mediation.
3. On January 7, 2026, the Court entered the Order staying the matter until May 5, 2026 and continuing the Initial Case Management Conference until June 9, 2026.
4. On May 5, 2026, the Parties jointly filed a Stipulation and [Proposed] Order to Extend Stay and Continue Initial Case Management Conference Pursuant to Local Rule 16-2, requesting that the court extend the stay until June 30, 2026 to allow the Parties to engage in mediation; permit the Parties to file a joint status report within seven (7) days after the mediation was complete; and continue the Initial Case Management Conference until thirty (30) days after the Parties submit their joint status report.
5. On May 8, 2026, the Court entered the Order staying the matter until June 30, 2026 and continuing the Initial Case Management Conference until August 11, 2026, with a Joint Case Management Statement due August 4, 2026.
6. On June 30, 2026, the Parties filed a Joint Status Report.
7. On July 1, 2026, the Court lifted the stay.
8. On August 4, 2026, the Parties filed their Joint Case Management Statement.
9. On August 11, 2026, the Court held an Initial Case Management Conference and subsequently issued a Case Management Order, which stated that the Parties were engaged in ongoing private mediation.

10. The Parties have been negotiating a memorandum of understanding ("MOU") regarding settlement.

11. Plaintiffs, the plaintiffs in related actions against Mindvalley, and Mindvalley reached agreement on the material terms of a class-wide settlement, which are memorialized in an MOU executed by the parties' counsel on October 9, 2026.

12. The parties are working diligently to prepare a long-form settlement agreement and anticipate that Plaintiffs subsequently will file a motion for preliminary approval of the settlement.

13. To conserve the Parties' and the Court's resources, the Parties have agreed to request that the Court stay this action pending finalization of the settlement.

Accordingly, the Parties jointly request that the Court stay this matter, including all upcoming case management deadlines, pending finalization of the settlement. The request is made jointly, and neither party will be prejudiced by the requested stay. The Parties agree to report to the Court as soon as the settlement is finalized.

Respectfully submitted,

DATED: November 4, 2026

**FOLEY & LARDNER LLP**
JEANETTE BARZELAY
MICAH A. CHAVIN
ERIK SWANHOLT

BY: *Is/ Micah A. Chavin*
MICAH A. CHAVIN
Attorneys for Defendant,
MINDVALLEY, INC.

DATED: November 4, 2026

**LONG LAW, P.C.**
JAMES AUSTIN LONG

**WITTELS MCINTURFF PALIKOVIC**
DANIEL KIESELSTEIN

By: */s/ James Austin Long*
JAMES AUSTIN LONG
DANIEL KIESELSTEIN
Attorneys for Plaintiffs,
JANET JONES AND EDIE WEISS

**ATTESTATION PER LOCAL RULE 5-1(i)(3)**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED: November 4, 2026

**FOLEY & LARDNER LLP**
JEANETTE BARZELAY
MICAH A. CHAVIN
ERIK SWANHOLT

*By: /s/ Micah A. Chavin*
MICAH A. CHAVIN
Attorneys for Defendant,
MINDVALLEY, INC.

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO **ORDERED** that this case is **STAYED** pending the Parties' finalization of a settlement. By December 7, 2026, either (1) Plaintiffs must file a motion for preliminary settlement approval, or (2) the Parties must file a joint settlement status report.

Dated: November 5, 2026

Hon. Susan van Keulen
United States Magistrate Judge